UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LEE HUNTER, individually and, on behalf of the general public and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA MORTGAGE CORPORATION, a North Carolina Corporation, and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property, described in the Complaint adverse to Plaintiff's title, and any cloud on Plaintiff's title thereto, and Does 1-100, inclusive,<br><br>Defendants. | Case No.: 3:11-cv-02398-EMC<br><br>[Assigned to the Honorable Edward M. Chen, Courtroom C]<br><br>**ORDER REGARDING SECOND MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Based on defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest N.A., formerly known as Wachovia Mortgage, FSB (Wells Fargo) erroneously sued as "Wachovia Mortgage Corporation" second motion to extend time to respond to the complaint and GOOD CAUSE APPEARING THEREFORE:

1. Wells Fargo's response date to the complaint is continued from June 6, 2011 to June 27, 2011.

Dated: 6/7/11

IT IS SO ORDERED

Judge Edward M. Chen

The Honorable Edward M. Chen
United States District Judge

95451/000791/00160531-1

CASE NO.: 3:11-CV-02398-EMC
ORDER REGARDING SECOND MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the following document(s):

**ORDER REGARDING SECOND MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

on all interested parties in said case addressed as follows:

*Served by Means Other Than Electronically via the Court's ECF System:*

*Plaintiff in Pro Per:*

Samuel Hunter
10 Corte Serano
Greenbrae, California 94904

☒ **BY MAIL:**  I am readily familiar with the firm's practice of collection and processing correspondence by mailing.  Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:**  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on **June 3, 2011.**

| Teresa L. Zunino | */s/ Teresa L. Zunino* |
|---|---|
| (Print name) | (Signature) |